# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5105**　　　　　　　　　　　　　**September Term, 2021**

**1:18-cv-01552-RJL**

**Filed On: April 28, 2022** [1944799]

Woodhull Freedom Foundation, et al.,

　　　　Appellants

　　v.

United States of America and Merrick B. Garland, in his official capacity as Attorney General of the United States,

　　　　Appellees

## O R D E R

　　The notice of appeal was filed on April 25, 2022, and docketed in this court on April 28, 2022. It is, on the court's own motion,

　　**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 31, 2022 |
| Docketing Statement Form | May 31, 2022 |
| Entry of Appearance Form | May 31, 2022 |
| Procedural Motions, if any | May 31, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 31, 2022 |
| Statement of Issues to be Raised | May 31, 2022 |
| Transcript Status Report | May 31, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | May 31, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | June 13, 2022 |

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5105**                                                              September Term, 2021

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 31, 2022 |
| Entry of Appearance Form | May 31, 2022 |
| Procedural Motions, if any | May 31, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | June 13, 2022 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                               Amanda Himes
                               Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)