# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Woodhull Freedom Foundation, et al.

**v.**

United States, et al.

**Case No:** 22-5105

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Woodhull Freedom Foundation

Human Rights Watch

Eric Koszyk

Jesse Maley, also known as Alex Andrews

Internet Archive

### Counsel Information

**Lead Counsel:** Robert Corn-Revere

**Direct Phone:** ( 202 ) 973-4225 **Fax:** ( 202 ) 973-4499 **Email:** bobcornrevere@dwt.com

**2nd Counsel:** Caesar Kalinowski

**Direct Phone:** ( 206 ) 757-8232 **Fax:** ( 206 ) 757-7084 **Email:** caesarkalinowski@dwt.com

**3rd Counsel:** Adam Sieff

**Direct Phone:** ( 213 ) 633-8618 **Fax:** ( 213 ) 633-6899 **Email:** adamsieff@dwt.com

**Firm Name:** Davis Wright Tremaine, LLP

**Firm Address:** 1301 K Street, NW, Suite 500, Washington DC 20005

**Firm Phone:** ( ___ ) ___-___ **Fax:** ( ___ ) ___-___ **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23rd , 2022, the foregoing Entry of Appearance was filed

and served through the Court's electronic filing system.


/s/  Robert Corn–Revere
Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500
Washington, D.C. 20005
(202) 973-4200; (202) 973-4499 fax

*Counsel for Appellants*