# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5105
2. DATE DOCKETED: 05-23-2022
3. CASE NAME (lead parties only) Woodhull Freedom Foundation v. United States, et al.
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 1:18-cv-01552-RJL    Bankruptcy                       Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon                        Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 03-29-2022    e. Date notice of appeal filed: 04-28-2022
   f. Has any other notice of appeal been filed in this case?   ○ Yes ⦿ No    If YES, date filed:
   g. Are any motions currently pending in trial court?   ○ Yes ⦿ No    If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes ⦿ No
      If NO, why not?  Case was decided on written submissions
   i. Has this case been before the Court under another appeal number? ⦿ Yes   Appeal # 18-5298   ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ⦿ No   If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ⦿ Yes ○ No
      If YES, give popular name and citation of statute FOSTA, Pub. L. No. 115-164, 132 Stat. 1253 (2018)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes ⦿ No    If so, provide program name and participation dates

Signature /s/ Robert Corn-Revere                    Date 05-23-2022
Name of Party Woodhull Freedom Foundation, et al.
Name of Counsel for Appellant/Petitioner Robert Corn-Revere
Address 1301 K Street, NW, Suite 500 East, Washington, DC 20005
Phone ( 202 ) 973-4225      Fax ( 202 ) 973-4499

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd , 2022, the foregoing Civil Docketing Statement was filed and served through the Court's electronic filing system.

    /s/  Robert Corn–Revere
Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500
Washington, D.C. 20005
(202) 973-4200; (202) 973-4499 fax

*Counsel for Appellants*