# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, A/K/A ALEX ANDREWS, AND THE INTERNET ARCHIVE, | ) ) ) ) ) | No. 22-5105 |
| APPELLANTS, | ) ) | |
| V. | ) ) | |
| THE UNITED STATES OF AMERICA AND MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) ) ) | |
| APPELLEES. | ) | |

## STATEMENT OF ISSUES TO BE RAISED

Appellants Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, a/k/a Alex Andrews, and The Internet Archive state that the issues to be raised in this appeal, involving the constitutionality of the Allow States and Victims to Fight Online Sex Trafficking Act of 2017, Pub. L. No. 115-164, 132 Stat. 1253 (2018) ("FOSTA"), consist of the following:

Whether FOSTA violates the First Amendment by unconstitutionally weakening constitutional scienter requirements for online speech relating to prostitution and trafficking.

Whether FOSTA violates the First Amendment as an overbroad enactment that prohibits a substantial amount of protected expression by targeting anyone who owns, manages, or operates an interactive computer service with intent to "promote" or "facilitate" prostitution, or recklessly disregards that they "contribut[e] to sex trafficking," without defining or prescribing discernable limits for what qualifies as the promotion or facilitation of prostitution or trafficking.

Whether FOSTA enacts unconstitutionally vague restrictions on speaking or publishing online with "intent" to "promote" or "facilitate" prostitution or trafficking offenses, with increased punishment for those acting "in reckless disregard" of the

fact that their conduct "contributed to sex trafficking," without defining any of the operative quoted terms.

Whether FOSTA is an unconstitutionally content- and/or viewpoint-based statute that targets online publishers who "promote" or "facilitate" prostitution or act in "reckless disregard" that their actions "contributed to sex trafficking," by restricting protected speech, including advocacy for decriminalization, provision of health and safety resources to sex workers, and other information that aids them.

Whether FOSTA's selective elimination of publisher immunity for third-party posts relating to prostitution and sex trafficking, without defining what it means for online platforms to "promote" or "facilitate" prostitution or trafficking—or "prostitution" or "contributing to sex trafficking" for such purpose—facilitates a heckler's veto and otherwise unconstitutionally impels service providers to censor protected speech and take down material that draws complaints.

Whether FOSTA violates the *Ex Post Facto* and Due Process Clauses of the Constitution by allowing states to prosecute pre-FOSTA conduct that they could not have prosecuted at the time it occurred, and exposing defendants to increased penalties unavailable prior to FOSTA for conduct predating its enactment.

Dated this 23rd day of May, 2022.

Respectfully submitted,

/s/ *Robert Corn-Revere*
ROBERT CORN-REVERE
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005
Tel. (202) 973-4200
bobcornrevere@dwt.com

DAVID GREENE
AARON MACKEY
CORYNNE MCSHERRY
**ELECTRONIC FRONTIER FOUNDATION**
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333
davidg@eff.org
amackey@eff.org

LAWRENCE G. WALTERS
**WALTERS LAW GROUP**
195 W. Pine Ave.
Longwood, FL 32750-4104
Tel. (407) 975-9150
Larry@FirstAmendment.com
Paralegal@FirstAmendment.com

DAPHNE KELLER
Cal. Bar No. 226614
**Stanford Cyber Policy Center**
Encina Hall
616 Jane Stanford Way #E016
Stanford, CA 94305
(650) 725-0325
Email:  daphnek@stanford.edu

*Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd 2022, the foregoing Statement of Issues to be Raised

was filed and served through the Court's electronic filing system.


/s/  Robert Corn-Revere
Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500
Washington, D.C. 20005
(202) 973-4400; (202) 973-4499 fax

*Counsel for Appellants*