# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*, | ) ) ) ) |
| Appellants, | ) ) ) |
| v. | ) )  No. 22-5105 ) |
| UNITED STATES, *et al.*, | ) ) ) |
| Appellee. | ) ) ) ) |

## STATEMENT OF INTENT NOT TO UTILIZE
## DEFERRED JOINT APPENDIX

Appellants Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, also known as Alex Andrews, and Internet Archives, hereby state that they do not intend to use a deferred appendix in this case.

Dated this 23rd day of May, 2022.

Respectfully submitted,

*/s/ Robert Corn-Revere*
Robert Corn-Revere
bobcornrevere@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

*Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd, 2022, the foregoing Statement of Intent Not to Utilize Deferred Joint Appendix was filed and served through the Court's electronic filing system.

      /s/  Robert Corn-Revere
Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW., Suite 500
Washington, D.C. 20005
(202) 973-4400; (202) 973-4499 fax

*Counsel for Appellants*