# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, A/K/A ALEX ANDREWS, AND THE INTERNET ARCHIVE, </br></br>　　　　　Appellants, </br></br>　　　V. </br></br>THE UNITED STATES OF AMERICA AND MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, </br></br>　　　　　Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>No. 22-5105 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellants Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, a/k/a Alex Andrews, and The Internet Archive hereby certify pursuant to Circuit Rule 28(a)(1) that:

(A)　Parties and Amici

The parties that appeared in the District Court and who are before this Court are:

　　(1) Appellant Woodhull Freedom Foundation ("Woodhull")

　　(2) Appellant Human Rights Watch ("Human Rights Watch")

　　(3) Appellant Eric Koszyk ("Koszyk")

　　(4) Appellant Jesse Maley, a/k/a Alex Andrews ("Maley")

　　(5) Appellant The Internet Archive (the "Archive")

　　(6) Appellee the United States of America

　　(7) Appellee Merrick Garland, U.S. Attorney General

Appellants Koszyk and Maley state, pursuant to Circuit Rule 26.1, that they are individuals not required to submit a corporate disclosure statement. Appellants Woodhull, Human Rights Watch, and the Archive are incorporated as nonprofit organizations such that no publicly held company owns any interest in them.

(B)  Rulings Under Review

The ruling under review is *Woodhull Freedom Foundation, et al. v. United States*, ___ F.Supp.3d ___, 2022 WL 910600 (D.D.C. March 29, 2022), and its accompanying Order, copies of which were attached to the District Court's transmission of the docket below to this Court, by which the District Court granted Appellees' motion for summary judgement and dismissed the Appellants' Complaint, which challenged the constitutionality of the Allow States and Victims to Fight Online Sex Trafficking Act of 2017, Pub. L. No. 115-164, 132 Stat. 1253 (2018) ("FOSTA").

(C)  Related Cases

There are no related cases to this appeal.

Dated this 23rd day of May 2022.

Respectfully submitted,

/s/ *Robert Corn-Revere*
ROBERT CORN-REVERE
Davis Wright Tremaine LLP
1301 K Street, NW, Suite 500
Washington, D.C. 2005
Tel. (202) 973-4200
bobcornrevere@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23rd, 2022, the foregoing Certificate as to Parties, Rulings, and Related Cases was filed and served through the Court's electronic filing system.

　　　　　　　　　　　　　　　　/s/ *Robert Corn-Revere*
　　　　　　　　　　　　　　　Robert Corn-Revere
　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　1301 K Street, NW, Suite 500
　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　(202) 973-4400; (202) 973-4499 fax

　　　　　　　　　　　　　　　*Counsel for Appellees*