# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Woodhull Freedom Foundation, et al.

**v.**

United States of America, et al.

**Case No:** 22-5105

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ⦿ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Woodhull Freedom Foundation

Human Rights Watch

Eric Koszyk

Jesse Maley a/k/a Alex Andrews

Internet Archive

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: See attachment

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Electronic Frontier Foundation

Firm Address: 815 Eddy Street, San Francisco, CA 94109

Firm Phone: (415) 436-9333  Fax: (415) 436-9993  Email: See attachment

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]

ELECTRONIC FRONTIER FOUNDATION

COUNSEL INFORMATION Attachment – 2nd, 3rd, and 4th Counsel:

2nd Counsel David A. Greene
        Phone: 415-436-9333; Fax: 415-436-9993; davidg@eff.org

3rd Counsel Corynne McSherry
        Phone: 415-436-9333; Fax: 415-436-9993; corynne@eff.org

4th Counsel Aaron Mackey
        Phone: 415-436-9333; Fax: 415-436-9993; amackey@eff.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing Entry of Appearance with this Court through the Court's CM/ECF system which will serve this filing on all parties of record.

Dated: May 26, 2022　　　　　　　　/s/ Aaron Mackey

　　　　　　　　　　　　　　　　　Aaron Mackey
　　　　　　　　　　　　　　　　　Electronic Frontier Foundation
　　　　　　　　　　　　　　　　　815 Eddy Street
　　　　　　　　　　　　　　　　　San Francisco, CA 94109
　　　　　　　　　　　　　　　　　(415) 436-9333
　　　　　　　　　　　　　　　　　amackey@eff.org

　　　　　　　　　　　　　　　　　*Counsel for Appellants*