# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Woodhull Freedom Foundation, et al.

**v.**
United States, et al.

**Case No:** 22-5105

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Woodhull Freedom Foundation

Human Rights Watch

Eric Koszyk

Jesse Maley, also known as Alex Andrews

Internet Archive

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____  Fax: (___) _____  Email:

**2nd Counsel:** Lawrence G. Walters, Esq.

Direct Phone: (407) 975-9150  Fax: (407) 774-6151  Email: larry@firstamendment.com

**3rd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**Firm Name:** Walters Law Group

**Firm Address:** 195 W. Pine Avenue, Longwood, FL 32750

**Firm Phone:** (407) 975-9150  Fax: (407) 774-6151  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 31, 2022, the foregoing Entry of Appearance was filed and served through the Court's electronic filing system.

### **WALTERS LAW GROUP**

/s/ Lawrence G. Walters
Lawrence G. Walters, Esq.
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151
Email: larry@firstamendment.com
Secondary Email: paralegal@firstamendment.com

*Counsel for Appellants*