[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, <br><br> Defendants-Appellees. | No. 22-5105 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.    Parties and Amici**

Plaintiffs in district court, and appellants here, are the Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley (also known as Alex Andrews), and the Internet Archive. Defendants in district court, and appellees here, are the United States of America and

Merrick B. Garland, in his official capacity as Attorney General of the United States. (William P. Barr and Jefferson B. Sessions, III, were formerly defendants in district court in their then-official capacities as Attorneys General of the United States. When they left office, their successors were automatically substituted under Federal Rule of Civil Procedure 25(d) and Federal Rule of Appellate Procedure 43(c)(2).) There were no amici or intervenors in district court. At the time of filing, there were no amici or intervenors before this Court.

### B. Rulings Under Review

Appellants seek review of the March 29, 2022 Order and Memorandum Opinion in *Woodhull Freedom Foundation v. United States*, -- F. Supp. 3d --, 2022 WL 910600 (D.D.C.) (No. 1:18-cv-01552) (Leon, J.).

### C. Related Cases

This case has previously been before this Court. *See* No. 18-5298. There are no related cases involving substantially the same parties and the same or similar issues currently pending in this Court, any other United States court of appeals, or any other court (whether federal or local) in the District of Columbia.

          Respectfully submitted,

          SCOTT R. MCINTOSH
          *s/ Joseph F. Busa*
          JOSEPH F. BUSA
             *Attorneys*
             *Civil Division, Appellate Staff*
             *U.S. Department of Justice*
             *950 Pennsylvania Avenue NW*
             *Washington, DC 20530*
             *(202) 305-1754*
             *Joseph.F.Busa@usdoj.gov*

Filed: May 31, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Joseph F. Busa*
JOSEPH F. BUSA
Counsel for Defendants-Appellees