# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Woodhull Freedom Foundation, et al.

**v.**
United States of America, et al.

**Case No:** 22-5105

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae  below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Woodhull Freedom Foundation | Internet Archive |
| Human Rights Watch | |
| Eric Koszyk | |
| Jesse Maley a/k/a Alex Andrews | |

### Counsel Information

**Lead Counsel:** Robert Corn-Revere

**Direct Phone:** (202) 973-4225  **Fax:** ( ) -    **Email:** bobcornrevere@dwt.com

**2nd Counsel:** David Greene

**Direct Phone:** (415) 436-9333  **Fax:** ( ) -    **Email:** davidg@eff.org

**3rd Counsel:** Daphne Keller

**Direct Phone:** (415) 378-6469  **Fax:** ( ) -    **Email:** daphnek@stanford.edu

**Firm Name:** Stanford Cyber Policy Center

**Firm Address:** Encina Hall, 616 Jane Stanford Way #E016, Stanford, CA 94305

**Firm Phone:** (650) 725-0325  **Fax:** (650) 725-4086  **Email:** daphnek@stanford.edu

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]