# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-5105** | **September Term, 2021** |
| | **1:18-cv-01552-RJL** |
| | **Filed On: July 7, 2022** [1953931] |

Woodhull Freedom Foundation, et al.,

    Appellants

    v.

United States of America and Merrick B. Garland, in his official capacity as Attorney General of the United States,

    Appellees

### O R D E R

Upon consideration of appellees' consent motion for a 28-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | September 6, 2022 |
| Appendix | September 6, 2022 |
| Appellees' Brief | November 2, 2022 |
| Appellants' Reply Brief | November 23, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Michael C. McGrail
Deputy Clerk