IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., Plaintiffs-Appellants <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., Defendant-Appellees | No. 22-5105 |

## MOTION TO WITHDRAW APPEARANCE

Scott R. McIntosh hereby moves to withdraw his appearance as counsel for the defendants-appellees in this case. Mr. McIntosh is retiring from the Department of Justice on September 30, 2022. The defendant-appellee will continue to be represented by Mr. Joseph Busa, who has entered an appearance on defendants-appellees' behalf.

Respectfully submitted,

*/s/ Scott R. McIntosh*
Scott R. McIntosh
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7259*
*Washington, D.C. 20530*
*(202) 514-4052*

SEPTEMBER 2022

# CERTIFICATE OF PARTIES AND AMICI

In district court, Woodhull Freedom Foundation; Human Rights Watch; Eric Koszyk; Jesse Maley, also known as Alex Andrew, and Internet Archive were the plaintiffs. The United States of America and Jeffrey B. Sessions, III, in his official capacity as Attorney General of the United States, succeeded by William P. Barr, in the same capacity, were the defendants.

In this court, Woodhull Freedom Foundation; Human Rights Watch; Eric Koszyk; Jesse Maley, also known as Alex Andrew, and Internet Archive are the appellants. The United States of America and Merrick B. Garland, in his official capacity as Attorney General of the United States, are the appellees. Call Off Your Old Tired Ethics of Rhode Island, "COYOTE-RI"; Black and Pink MA; The Community United for Safety and Protection; Decrim PA; The Erotic Service Providers Legal, Education and Research Project; Helping Individual Prostitutes Survive, HIPS; International Sex Worker Foundation for Art, Culture, and Education; The Ishtar Collective; The National Council for Incarcerated and Formerly Incarcerated Women and Girls; The Sex Workers Outreach Project (SWOP) Behind Bars; The Sex Workers Outreach Project (SWOP) Sacramento; The Sex Workers Outreach Project (SWOP) Tucson; Valued Existence of Northeastern and Ubiquitous Sex Workers, VENUS; Transgender Law Center; Center for Democracy & Technology; Decriminalize Sex Work; The Sex Workers

Project (SWP) of the Urban Justice Center; Freedom Network; Brooklyn Defender Services; Erotic Laborers Alliance Of New England, ELA-ONE; Old Pros; National Coalition for Sexual Freedom, NCSF; New York Transgender Advocacy Group, NYTAG; Free Speech Coalition; SWOP (Sex Workers Outreach Project) Brooklyn; Gays and Lesbians Living in a Transgender Society, G.L.I.T.S.; and St. James Infirmary are amici curiae in support of the appellants.

                                      */s/ Scott R. McIntosh*
                                      Scott R. McIntosh

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 49 words, according to the word count of Microsoft Word.

                                                  */s/ Scott R. McIntosh*
                                                  Scott R. McIntosh

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                */s/ Scott R. McIntosh*
                                                Scott R. McIntosh