# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5105**                      **September Term, 2022**

1:18-cv-01552-RJL

Filed On: January 3, 2023 [1979724]

Woodhull Freedom Foundation, et al.,

      Appellants

   v.

United States of America and Merrick B. Garland, in his official capacity as Attorney General of the United States,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 11, 2023, at 9:30 A.M.:

      Appellants   -   20 Minutes

      Appellees   -   20 Minutes

The panel considering this case will consist of Circuit Judges Millett and Walker, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 5, 2023.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)