**FIRE**
Foundation for Individual
Rights and Expression

July 6, 2023

Via CM/ECF
Mark J. Langer, Clerk of Court
United States Court of Appeals
For the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re: *Woodhull Freedom Foundation v. United States*, No. 22-5105

Dear Mr. Langer,

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants hereby respond to the government's submission of supplemental authority, citing *United States v. Hansen*, 2023 WL 4138994 (2023).

The government cited *Hansen's* holding that the terms "encourage" or "induce" as used in the Immigration and Nationality Act ("INA") should be interpreted in their "specialized, criminal-law sense" to mean aiding and abetting, and when so interpreted the law reaches only speech integral to criminal conduct. The government suggests the same principles support affirmance in this case. That conclusion is unwarranted.

First, the government's conclusion overlooks major differences between the specific language of FOSTA and the INA. The Court observed that the INA provision at issue in *Hansen* "encompasses a great deal of nonexpressive conduct," including smuggling, providing counterfeit immigration documents, and issuing counterfeit Social Security numbers as examples of "heartland . . . prosecutions." 2023 WL 4138994 *3. FOSTA, by contrast, does not specify any *actus reus* other than "own[ing], manag[ing], or operat[ing] an interactive computer service," which means it reaches *only* expressive conduct. Appellant's Reply at 10-11. This issue was discussed extensively at oral argument. Tr. 9-10, 20-22, 43-46, 48-49, 58-61.

Second, the specific question in *Hansen* was "whether Congress used 'encourage' and 'induce' [in the INS] as terms of art." 2023 WL 4138994 *5. Under its reasoning, even if the term "facilitates" is interpreted to mean "aiding and abetting," it does not apply to FOSTA, which includes the additional disjunctive term "promote," which is capable of multiple and wide-ranging meanings.

510 Walnut Street, Suite 1250  Philadelphia, PA 19106
Phone: 215-717-3473  Fax: 267-573-3073
thefire.org

Mark J. Langer, Clerk of Court
July 6, 2023
Page 2 of 3

Appellant's Br. 31-32; Appellant's Reply 9. This distinction also was addressed at oral argument. Tr. 29-30, 53, 55.

    Third, the Court in *Hansen* made clear that "ordinary principles of interpretation apply," 2023 WL 4138994 *10 n.3, which, in the case of FOSTA, should include the *noscitur a sociis* canon. Appellants' Br. 29; Appellant's Reply 6-8; Tr. 12, 20, 33-34, 70-71. Accordingly, the Court's analysis of the INA in *Hansen* does not control interpretation of FOSTA's different statutory framework.

                                Respectfully submitted,

                                /s/ Robert Corn-Revere
                                ROBERT CORN-REVERE
                                bob.corn-revere@thefire.org
                                FOUNDATION FOR INDIVIDUAL
                                RIGHTS AND EXPRESSION
                                700 Pennsylvania Avenue SE
                                Suite 340
                                Washington, DC 20003

                                DAVID GREENE
                                AARON MACKEY
                                CORYNNE MCSHERRY
                                davidg@eff.org
                                amackey@eff.org
                                corynne@eff.org
                                ELECTRONIC FRONTIER
                                FOUNDATION
                                815 Eddy Street
                                San Francisco, CA 94109

                                LAWRENCE G. WALTERS
                                larry@firstamendment.com
                                WALTERS LAW GROUP
                                195 W. Pine Ave.
                                Longwood, FL 32750-4104

Mark J. Langer, Clerk of Court
July 6, 2023
Page 3 of 3

        DAPHNE KELLER
        daphnek@law.stanford.edu
        STANFORD CYBER POLICY
        CENTER
        616 Jane Stanford Way #E016
        Encina Hall
        Stanford, CA 94305

        *Attorneys for Appellants*

cc: all counsel (via CM/ECF)