

July 6, 2023

<u>Via CM/ECF</u>
Mark J. Langer, Clerk of Court
United States Court of Appeals
For the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

      Re: *Woodhull Freedom Foundation v. United States*, No. 22-5105

Dear Mr. Langer,

      Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants hereby submit as supplemental authority the Supreme Court's decision in *303 Creative LLC v. Elenis*, 2023 WL 4277208 (2023).

      In holding that the First Amendment prohibits enforcement of public accommodations laws to require a website design business to transmit speech that violated the owner's personal convictions, the Court held in *303 Creative* that regulating website design restricts "pure speech," 2023 WL 4277208 *8, that speakers "do not shed their First Amendment protections by employing the corporate form," *id.* at 12, and that their expressive activities cannot be recast as "conduct," *id.* at 13. The Court also rejected the state's claim that regulating website design involves only an "incidental" regulation of speech. *Id.* at 14.

      The law at issue in this case, FOSTA, prohibits "own[ing], manag[ing], or operat[ing] an interactive computer service," essentially with bad intent. Appellant's Reply at 10-11. Argument Tr. 9-10, 20-22, 43-46, 48-49, 58-61. The holding in *303 Creative* supports Appellants' arguments that regulation of the online medium inherently targets speech presumptively protected by the First Amendment. Appellants' Br. 23-28. It likewise undermines the government's argument that FOSTA's regulation of owning, managing, or operating an interactive computer service "is not a direct regulation of speech" and only prohibits a "course of conduct." DOJ Br. 50-51.

Respectfully submitted,

/s/ Robert Corn-Revere
ROBERT CORN-REVERE
bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003

DAVID GREENE
AARON MACKEY
CORYNNE MCSHERRY
davidg@eff.org
amackey@eff.org
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

LAWRENCE G. WALTERS
larry@firstamendment.com
WALTERS LAW GROUP
195 W. Pine Ave.
Longwood, FL 32750-4104

DAPHNE KELLER
daphnek@law.stanford.edu
STANFORD CYBER POLICY CENTER
616 Jane Stanford Way #E016
Stanford, CA 94305

*Attorneys for Appellants*

cc: all counsel (via CM/ECF)